JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ELENORA BOUWMAN, an individual ) | Case No. CV-10-00274-AG (RNBx) |
| ) | |
| Plaintiff, ) | Assigned to: Hon. Andrew J. Guilford |
| vs. ) | |
| ) | **[Proposed] ORDER REMANDING CASE** |
| BAYER CORPORATION, an Indiana ) | |
| corporation; BAYER HEALTHCARE ) | |
| PHARMACEUTICALS INC., a Delaware ) | |
| corporation; BAYER HEALTHCARE ) | |
| LLC, a Delaware limited liability ) | |
| company; BERLEX LABORATORIES ) | |
| INTERNATIONAL INC., a Delaware ) | |
| corporation; BAYER SCHERING ) | |
| PHARMA AG, a German corporation; ) | |
| BAYER AG, a German corporation; ) | |
| SCHERING AG, a German corporation; ) | |
| MCKESSON CORPORATION, a ) | |
| Delaware corporation; and DOES 1 ) | |
| through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER REMANDING CASE**

1  Upon consideration of the parties' stipulation to remand this action, it is
2  hereby ordered that this action is **REMANDED**.  Each party shall bear his/her or its
3  own costs and attorneys' fees incurred in connection with the removal and other
4  proceedings in this Court.
5  **IT IS SO ORDERED.**

7  Dated: March 24, 2010    _____
8  Hon. Andrew J. Guilford
   United States District Judge

**[PROPOSED] ORDER REMANDING CASE**